UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE STEVEN SCANTLAND,

    Defendant.
_____/

CASE NO. 04-CR-80773
CASE NO. 08-CIV-13097

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**ORDER**
**(1) ACCEPTING REPORT AND RECOMMENDATION OF**
**MAGISTRATE JUDGE DENYING DEFENDANT'S MOTION TO VACATE,**
**SET ASIDE, OR CORRECT HIS SENTENCE**
**(2) DENYING DEFENDANT A CERTIFICATE OF APPEALABILITY**
**(3) DENYING DEFENDANT'S MOTIONS FOR DEFAULT JUDGMENT, TO**
**UNSEAL THE GRAND JURY TRANSCRIPTS, AND FOR A NEW TRIAL**

The Court has received as comprehensive 52 page Report and Recommendation from Magistrate Judge Paul J. Komives. The Court, thereafter, received a 47 page objection from Defendant to the Magistrate Judges Report and Recommendation (R&R).

Having read and evaluated both documents, the Court adopts the Magistrate Judge R&R and rejects Defendant's objections. This includes a denial of a certificate of appealability, adopting the reasons well stated at pages 49-52 of the Magistrate Judges R&R.

    SO ORDERED.

                                            S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: May 2, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means anf

**George Steven Scantland**
39006-039
FEDERAL SATELLITE LOW/ELKTON
P O BOX 10
LISBON, OH 44432

by U.S. Mail on May 2, 2011.

S/Denise Goodine
Case Manager